IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA A. HALTERMAN | : | CIVIL ACTION |
| v. | : | |
| TULLYTOWN BOROUGH, et al. | : | NO. 10-7166 |

ORDER

AND NOW, this 14th day of June, 2011, upon consideration of plaintiff's complaint (docket entry # 1), defendants' partial motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (docket entry # 6), and plaintiff's response in opposition thereto (docket entry # 7), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

1. Defendants' partial motion to dismiss (docket entry # 6) is GRANTED;

2. Count I of plaintiff's complaint is DISMISSED as to the ground of deprivation of access to the courts;

3. Count III of plaintiff's complaint is DISMISSED;

4. Count IV of plaintiff's complaint is DISMISSED as to the grounds of invasion of privacy, casting in a false light, and intentional infliction of emotional distress; and

5. By June 24, 2011, plaintiff shall FILE an amended complaint that responds to the Court's discussion of her Monell claim under Count II against Tullytown Borough and her claim of

civil conspiracy against Officer Kulan, if she can do so conformably with Fed. R. Civ. P. 11(b).

BY THE COURT:

___\s\Stewart Dalzell